JEREMY M. DELICINO – 9959
Attorney at Law
10 West Broadway, Suite 650
Salt Lake City, UT 84101
Telephone: (801) 364-6474
Facsimile: (801) 364-5014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EUSTOLIO SOTO-ORTIZ, <br><br> Defendant. | APPEARANCE <br><br> OF COUNSEL <br><br><br> Case Number: 2:11 MJ 199 RTB |

Notice is hereby given that Jeremy M. Delicino enters his appearance as counsel of record in the above-entitled matter on behalf of the defendant.

DATED this 2nd day of August, 2011.


/s/ Jeremy M. Delicino
_____
JEREMY M. DELICINO
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of August, 2011, I electronically filed the foregoing

with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to

the following:

Matthew L. Bell
matthew.bell@usdoj.gov,kathleen.preston@usdoj.gov,laurie.richardson@usdoj.gov

Aric M. Cramer
ariccramer@qwestoffice.net,julstur@gmail.com

John E. Hummel
johnhummel1@msn.com,jhumm7@gmail.com

Paul D. Kohler
paul.kohler@usdoj.gov,Laurie.Richardson@usdoj.gov,kathleen.preston@usdoj.gov

Stephen R. McCaughey
stephen@stephenrmccaughey.com,erica@stephenrmccaughey.com

Douglas D Terry
ddtlaw@infowest.com,ryanstout13@hotmail.com,deblaw@infowest.com

Edwin S. Wall
wallsec@xmission.com,wallaw@xmission.com,amysec@xmission.com

Brenda S. Whiteley
brendawhiteley@hotmail.com

Jon D. Williams
jwilliam@lawyer.com

LaMar J Winward
lwinward@infowest.com

/s/ Lannea Butler